122 A.3d 1034

**John WILSON, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 84 EM 2015.**

Supreme Court of Pennsylvania.

Sept. 16, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of September, 2015, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**